UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. Case No. 15cr1126 JM |
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT |
| FABIAN GONZALEZ (1) | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against FABIAN GONZALEZ be dismissed without prejudice.

DATED: July 29, 2015

_____
JEFFREY T. MILLER
United States District Judge